THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK KELLY, Appellant.

*Crimes — murder in first degree — conviction affirmed.*

(Argued June 7, 1920; decided July 7, 1920.)

APPEAL from a judgment of the Supreme Court rendered January 9, 1920, at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of murder in the first degree.

*Edward J. Reilly* for appellant.

*Harry E. Lewis, District Attorney* (*Ralph E. Hemstreet* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.